**WO**  IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-09-1041-PHX-GMS |
| Plaintiff, ) | |
| v. ) | |
| Edwin Lyle Negrin, ) | ORDER OF DETENTION |
| Defendant. ) | |

Defendant was advised of his right to a detention hearing pursuant to 18 USC §3142(c). After conferring with counsel, defendant waived his right to a formal detention hearing and submitted the issue to the Court for a determination based on the record before it.

Counsel for the government advised the Court that defendant was present pursuant to a writ, as defendant is in custody in another matter.

The Court concludes, that the defendant is a flight risk and that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 17th day of September, 2009.

Edward C. Voss
United States Magistrate Judge